IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCI WEBBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 C 5987 |
| | ) | |
| SYED HUSSAIN, individually, GLORIA LANGUNILLA, individually, WILLIAM EPPERSON, individually, GUS CABAZUDA, individually, VICKY SANDHU, individually, and CRISELDA RANA, individually, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned attorney requests that this Court allow him to withdraw from representation of Defendants Syed Hussain, Gloria Lagunilla, William Epperson, Gus Cabezudo, Vicky Sandhu and Criselda Rana in this matter. In support of this motion, counsel states as follows:

1. The undersigned attorney has accepted other employment and will no longer be practicing law at the Office of the Illinois Attorney General.

2. Assistant Attorney General Sunil Bhave is counsel of record and will continue to represent Defendants in this matter.

WHEREFORE, the undersigned respectfully requests that this Court enter an order allowing the undersigned attorney's withdrawal.

Respectfully submitted,

/s/ Colin B. White

LISA MADIGAN
Illinois Attorney General

Colin B. White

Assistant Attorneys General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-6135

CERTIFICATE OF SERVICE

I, Colin White, certify that on May 15, 2015 I caused a copy of the foregoing brief to be filed electronically through the CM/ECF system, which constitutes service on all counsel of record.

/s/ Colin White